UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY HAMILTON, <br><br> Petitioner, <br><br> -v- <br><br> BRITE ADVISORS USA, INC., <br><br> Respondent. | 20 Civ. 85 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received petitioner's petition to confirm an arbitration award. Dkt. 1. The Court has also received respondent's response to the petition, Dkt. 12, as well as respondent's memorandum of law in opposition, Dkt. 14, and a declaration of Peter F. Shapiro, Esq., in opposition, Dkt. 13. Petitioner's reply is due February 17, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 5, 2020
New York, New York